WIDENER, Circuit Judge,
dissenting:
I agree with all of the opinion of the court except the last sentence of the penul-tímate paragraph thereof, as well as the concluding paragraph of the opinion.
I do not think the incurrence of court costs and counsel fees by the lienholder, in seeking to enforce its lien, constitutes prejudice in the legal sense so as to provide a sufficient basis for the bankruptcy court to exercise its discretion in favor of not reopening the case.
I think the case boils down to, in the words of the majority opinion, “an accidental benefit that it [Landmark] obtained as a result of a mistake on the part of the debtors or their counsel.” And I agree with the majority that such should not constitute prejudice sufficient to support the action of the district court.
That being true, I am of opinion it was an abuse of discretion not to reopen the case, and thus respectfully dissent.